# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SHARON D. FOWLER-TURNER,

       Plaintiff,                          Case Number: 09-CV-12968

v.                                            JUDGE PAUL D. BORMAN
                                                 UNITED STATES DISTRICT COURT

JAMES B. PEAKE, M.D.,
Secretary of the Department of Veteran Affairs,

       Defendant.
_____/

## ORDER (1) GRANTING PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND (2) DENYING PLAINTIFF'S APPLICATION FOR APPOINTMENT OF COUNSEL

Before the Court is Plaintiff's July 28, 2009 Application to Proceed *In Forma Pauperis* and Application for Appointment of Counsel Financial Affidavit. (Dkt. Nos. 2-3). Having considered her Application to Proceed *In Forma Pauperis* under 28 U.S.C. § 1915(a) and her Application for Appointment of Counsel under 28 U.S.C. § 1915(e),

IT IS ORDERED that her Application to Proceed *In Forma Pauperis* is:

__X__        GRANTED.

  _X_    The clerk is directed to file the complaint.
  ___    IT IS FURTHER ORDERED that the clerk issue summons and the plaintiff serve a copy of the complaint, summons, and this order upon the defendant.

IT IS FURTHER ORDERED that her Application for Appointment of Counsel is:

__X__        DENIED.

**SO ORDERED.**

                                s/Paul D. Borman
                                PAUL D. BORMAN
                                UNITED STATES DISTRICT JUDGE

Dated: July 31, 2009

                            CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 31, 2009.

                                s/Denise Goodine
                                Case Manager